THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUANE BOWEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CSO FINANCIAL INC, *et al.*, <br><br> Defendants. | CASE NO. C17-0677-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding the briefing schedule for class certification (Dkt. No. 12). The motion for class certification must be filed by December 15, 2017. Defendants' opposition brief must be filed by February 2, 2018. Plaintiffs' reply brief must be filed by February 16, 2018.

DATED this 7th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0677-JCC
PAGE - 1