THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUANE BOWEN, *et al.*, | CASE NO. C17-0677-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CSO FINANCIAL, INC., a/k/a CREDIT SERVICES OF OREGON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the class certification briefing schedule (Dkt. No. 19). Finding good cause, the Court GRANTS the parties' motion. The Court ORDERS the following class certification briefing schedule:

| EVENT | FILING DEADLINE |
|---|---|
| Motion for class certification | February 16, 2018 |
| Opposition brief | April 6, 2018 |
| Reply brief | April 20, 2018 |

//

//

MINUTE ORDER C17-0677-JCC
PAGE - 1

1       DATED this 20th day of October 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk